# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **BARRY BURCHETT,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO.** |
| | ) **5:12-cv-179-TBR** |
| **MIDLAND CREDIT MANAGEMENT, INC.;** | ) |
| **MIDLAND FUNDING, LLC,** | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Barry Burchett and defendants Midland Credit Management, Inc. and Midland Funding, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of May, 2013.

*s/ James H. Lawson*
Kenneth J. Henry
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243
Telephone:  502-245-9100
ken@kennethhenrylaw.com

James H. Lawson
Lawson at Law, PLLC
10600 Timberwood Circle, Suite 1
Louisville, KY 40223
Telephone:  (502) 473-6525
james@kyclc.com
Attorneys for Plaintiff
BARRY BURCHETT

2093037 v1

*/s/ Reid S. Manley*
Reid S. Manley (Ky. Bar No. 90360)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendants
MIDLAND CREDIT MANAGEMENT, INC.
MIDLAND FUNDING, LLC